# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elias N. Langas aka Elias N. Langas aka Lee N. Langas<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| PNC Bank, National Association, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs. | NO. 18-00098 HWV |
| Elias N. Langas aka Elias N. Langas aka Lee N. Langas<br>　　　　　　　　Debtor(s) | |
| Charles J. DeHart, III<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about **August 1, 2018; Docket No. 52**.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　412-430-3594

September 11, 2018