```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-00098-HWV
Elias Nicholas Langas                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1          Date Rcvd: Oct 04, 2018
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db              Elias Nicholas Langas,    971 McGlaughlin Rd,    Fairfield, PA  17320-9478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Edward G Puhl    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
               edward.puhl@comcast.net,    ssaylor@acnb.com;puhleastmanthrasher@comcast.net
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 Elias Nicholas Langas jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Morris Anthony Scott    on behalf of Creditor    PNC Bank, National Association mscott@udren.com,
               vbarber@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          :
Elias Nicholas Langas                           :         Chapter 13
    Debtor                  :
                                                :         Case No. 1:18-bk-00098-HWV
                                                :

## ORDER TO SHOW CAUSE

Hearing on confirmation of the Chapter 13 Plan for the above captioned case having been held on September 26, 2018, and it appearing that Debtor has not yet filed all outstanding tax returns, it is hereby

**ORDERED** that Debtor shall have until October 24, 2018 to file all outstanding tax returns; and it is further

**ORDERED** that should Debtor fail to file the outstanding tax returns on or before October 24, 2018 the current Chapter 13 Plan shall be denied.

Dated: October 04, 2018                         By the Court,

                                                _____
                                                Henry W. Van Eck, Bankruptcy Judge (LS)