UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ELIAS NICHOLAS LANGAS AKA:
ELIAS N. LANGAS. LEE N. LANGAS
    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ELIAS NICHOLAS LANGAS AKA:
ELIAS N. LANGAS. LEE N. LANGAS
    Respondent(s)

CHAPTER 13

CASE NO: 1-18-00098-HWV

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on December 20, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on July 6, 2018.

2. A hearing was held and an Order was entered on October 24, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ James K. Jones, Esq.
Id: 39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ELIAS NICHOLAS LANGAS
AKA: ELIAS N. LANGAS. LEE N. LANGAS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-18-00098-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  Date: January 23, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101  Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: December 20, 2018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ELIAS NICHOLAS LANGAS
AKA: ELIAS N. LANGAS. LEE N. LANGAS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

ELIAS NICHOLAS LANGAS
AKA: ELIAS N. LANGAS. LEE N. LANGAS

CASE NO: 1-18-00098-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JAMES P. SHEPPARD, ESQUIRE<br>2201 NORTH 2ND STREET<br>HARRISBURG, PA 17110- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| ELIAS NICHOLAS LANGAS<br>971 MCGLAUGHLIN RD<br>FAIRFIELD, PA 17320-9478 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2018

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

| | |
|---|---|
| IN RE: ELIAS NICHOLAS LANGAS<br>AKA: ELIAS N. LANGAS. LEE N. LANGAS<br><br>Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>ELIAS NICHOLAS LANGAS<br>AKA: ELIAS N. LANGAS. LEE N. LANGAS<br><br>Respondent(s) | CHAPTER 13<br><br><br><br><br>CASE NO: 1-18-00098-HWV |

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.